DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH W. JOHNSON,**
Appellant,

v.

**MARY HOLOUBEK,**
Appellee.

No. 4D2025-1038

[December 23, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Danielle Sherriff, Judge; L.T. Case No. 50-2024-SC-011663-XXXA-MB.

Christopher Hixson of Hixson Law Group, Clearwater, for appellant.

Mary Holoubek, Lake Worth, pro se.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***